**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LORENZA SCARSI,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

Case No.: 1:26-cv-06429

Judge Georgia N. Alexakis
Magistrate Judge Laura K. McNally

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | 宾合蒜业 |

1