AO 121 (Rev. 06/16)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF | DEFENDANT | |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy

Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-467-345

**Effective Date of Registration:**
August 29, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Wicthy or Magical Mystical |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 09, 2015 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| • **Author:** | Lorenza Scarsi |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lorenza Scarsi |
| | Via Nicola Monti, 21, Ascoli Piceno, 63100, Italy |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lorenza Scarsi |
| **Email:** | 10113@hotmail.it |
| **Address:** | Via Nicola Monti, 21 |
| | Ascoli Piceno 63100 Italy |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 29, 2025 |
| **Applicant's Tracking Number:** | LS2025082902 |

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-338

**Effective Date of Registration:**
August 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Spooks or Creeps

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 08, 2016
**Nation of 1ˢᵗ Publication:** Italy

## Author

- **Author:** Lorenza Scarsi
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Lorenza Scarsi
Via Nicola Monti, 21, Ascoli Piceno, 63100, Italy

## Rights and Permissions

**Name:** Lorenza Scarsi
**Email:** l0ll3@hotmail.it
**Address:** Via Nicola Monti, 21
Ascoli Piceno 63100 Italy

## Certification

**Name:** David Denholm
**Date:** August 29, 2025
**Applicant's Tracking Number:** LS2025082901

**Correspondence:** Yes

