AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lorenza Scarsi

                        Plaintiff,

v.                                   Case No.:
                                   1:26−cv−06429

                                   Honorable Georgia N.
                                   Alexakis

The Partnerships and Unincorporated Associations
Identified on Schedule A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 21, 2026:

      MINUTE entry before the Honorable Georgia N. Alexakis: Pursuant to Plaintiff's notice of voluntary dismissal [14] and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is dismissed without prejudice. The Court vacates the 8/6/2026 status hearing. Civil case terminated Mailed notice. (vkm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ B. IRIZARRY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 22, 2026

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-467-345**

**Effective Date of Registration:**
August 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Wicthy or Magical Mystical |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 09, 2015 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| **Author:** | Lorenza Scarsi |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lorenza Scarsi |
| | Via Nicola Monti, 21, Ascoli Piceno, 63100, Italy |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lorenza Scarsi |
| **Email:** | 10113@hotmail.it |
| **Address:** | Via Nicola Monti, 21 |
| | Ascoli Piceno 63100 Italy |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 29, 2025 |
| **Applicant's Tracking Number:** | LS2025082902 |

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-467-338**

**Effective Date of Registration:**
August 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Spooks or Creeps |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | September 08, 2016 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| **Author:** | Lorenza Scarsi |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lorenza Scarsi |
| | Via Nicola Monti, 21, Ascoli Piceno, 63100, Italy |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lorenza Scarsi |
| **Email:** | l0ll3@hotmail.it |
| **Address:** | Via Nicola Monti, 21 |
| | Ascoli Piceno 63100 Italy |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 29, 2025 |
| **Applicant's Tracking Number:** | LS2025082901 |

Page 1 of 2

**Correspondence:**   Yes

